**quinn emanuel** trial lawyers | washington, dc

51 Madison Ave, 22ⁿᵈ Floor, New York, New York 10010 TEL (212) 849 7000 FAX (212) 849 7100

February 23, 2024

<u>Via ECF</u>
Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, New York 10007



Re:    *In Re CT Group Holdings Limited*, Case No. 1:23-MC-00403

Dear Judge Failla:

Pursuant to Your Honor's Individual Practice Rules, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Rule 5.2(b) and 7.1(d), and the United States District Court, Southern District of New York's Sealed Records Filing Instructions ("<u>Filing Instructions</u>"), Petitioner CT Group Holdings Limited ("<u>CT Group</u>" or the "<u>Petitioner</u>") respectfully submits this Letter Motion for Leave to File Under Seal Certain Portions of the Declaration in Support of Petitioner's Letter Motion to Extend the Court's Stay of Consideration of Petitioner's 1782 Application ("<u>Letter</u> <u>Motion to Extend Stay</u>").  The Declaration refers to confidential Foreign Proceedings that contain personal identifying information that is not relevant to the Court's ruling, *Farrell v. City of New York*, No. 1:23-CV-04329 (JLR), 2023 WL 3936725, at *2 (S.D.N.Y. June 9, 2023), and that pertains to parties who are not Respondents to Petitioner's 1782 Application, *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-CV-4500-GHW, 2021 WL 1222122, at *5 (S.D.N.Y. Mar. 31, 2021).  The Declaration also contains references to documentation filed in related proceedings that are allegedly protected by a privacy order, which parties to the Foreign Proceedings have claimed are confidential.

For the same reasons laid out in Petitioner's Letter Motion for Leave to File Under Seal Certain Portions of Petitioner's 1782 Application, Dkt. No. 9, which this Court granted, Dkt. No. 16, Petitioner respectfully requests that this Court allow Petitioner to redact public filings of the Declaration in support of Petitioner's Letter Motion to Extend the Court's Stay of Consideration Petitioner's 1782 Application, and to file an unredacted version of the same under seal.

Respectfully Submitted,

*/s/ Lucas Bento*

Application GRANTED. The Clerk of Court is directed to maintain
docket entry 44 under seal, viewable only to the parties and the
Court.

The Clerk of Court is further directed to terminate the pending
motion at docket entry 42.


Dated:      February 26, 2024          SO ORDERED.
            New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE