**quinn emanuel** trial lawyers | washington, dc

51 Madison Ave, 22nd Floor, New York, New York 10010 TEL (212) 849 7000 FAX (212) 849 7100

March 25, 2024

**VIA ECF**
Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, New York 10007

Re:   *In Re CT Group Holdings Limited*, Case No. 1:23-MC-00403

Dear Judge Failla:

Pursuant to Your Honor's Order, Dkt. No. 47, directing Petitioner CT Group Holdings Limited ("CT Group" or the "Petitioner") "to submit a letter requesting that the Court lift the stay, dismiss this action, or otherwise on or before May 31, 2024," and to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner respectfully submits this letter to voluntarily dismiss without prejudice Petitioner's 1782 Application.

On February 23, 2024, Dkt. No. 43, Petitioner explained to the Court that the court in the Foreign Proceeding had issued an order, Dkt. No. 43-2, setting deadlines for Linda to appeal its ruling, with March 14, 2024 being her last opportunity to apply for permission to appeal. As the seven-day grace period following that date has now lapsed, Petitioner understands that Linda's window to apply for permission to appeal has expired, and she no longer has the right to appeal under English law.

As such, Petitioner does not presently believe it will need the discovery sought under its 1782 Application and respectfully requests to voluntarily dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B); Fed. R. Civ. P. 41(a)(2).

Respectfully Submitted,

*/s/ Lucas Bento*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART